UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WING NUEN LIU,

                Petitioner,

    v.

BRUCE SCOTT, *et al.*,

                Respondents.

CASE NO. 2:23-cv-01654-JHC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

       The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold (Dkt. # 7), and the remaining record, does hereby **ORDER**:

    (1)    There is no objection to the Report and Recommendation.  The Court adopts the Report and Recommendation.

    (2)    The Government's Motion to Dismiss (Dkt. # 6) is **GRANTED**.

    (3)    This action is **DISMISSED without prejudice**.

    (4)    The Motion to Appoint Counsel (Dkt. # 5) is **DENIED as moot**.

/
/
/
/
/
/

(5) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondents, and to the Hon. Grady J. Leupold.

**DATED** this 26th day of January, 2024.

_____
JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2